WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW  FILED'06 SEP 21 10:20USDC-ORP
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STERLING WIDMARK,**                                        CV # 03-1057-ST

    Plaintiff,

vs.                                                          ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 21st day of September, 2006.

                                                                                United States District / Magistrate Judge

Submitted on September 20, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1